# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **CORY VERNE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 6:17-CV-03051-MDH |
| ) | |
| **QUEEN CITY ROOFING & CONTRACTING** ) | |
| **CO.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Approve FLSA Settlement and Suggestions in Support. (Doc. 131). Parties have settled Plaintiff's FLSA and MMWL claims but wish to preserve Plaintiff's right to appeal the Court's summary judgment order dismissing his Missouri Prevailing Wage Law Claims. FLSA settlements must be approved by the Court for review and determination of whether the settlement is fair and reasonable. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court must find that: (1) the litigation involves a bona fide wage and hour dispute; (2) the proposed settlement is fair and equitable to all parties concerned; and (3) the proposed settlement contains an award of reasonable attorneys' fees. *Hill v. World Wide Tech. Holding Co.*, 2012 WL 5285927, at *1 (E.D. Mo. 2012).

The Court has reviewed the attached settlement agreement. (Doc. 131-1). Per the agreement, parties have agreed to settle Plaintiff's FLSA and MMWL claims for $21,500. Defendant will pay Plaintiff $1,405.50 in satisfaction of all unpaid overtime claims. Defendant will pay Plaintiff's attorneys the remaining $20,094.50 in satisfaction of all legal costs incurred by Plaintiff in connection with this case. Parties also agree that, if later in this litigation the Court

awards attorneys' fees and expenses to Plaintiff, Defendant will be entitled to a $20,094.50 credit toward that later award.

After careful review, the Court finds that the litigation involves a bona fide wage and hour dispute, that the proposed settlement is fair and equitable to all parties, and that the proposed settlement contains an award of reasonable attorneys' fees. Consequently, the Court hereby **APPROVES** the proposed settlement as described in Doc. 131-1. The Court further orders that Plaintiff's FLSA and MMWL claims be **DISMISSED** with prejudice.

DATED: April 23, 2019

                                          */s/ Douglas Harpool*
                                          **DOUGLAS HARPOOL**
                                          **UNITED STATES DISTRICT JUDGE**