# JUDGMENT IN A CIVIL CASE

## UNITED STATES DISTRICT COURT

| | |
|---|---|
| CORY VERNE, | ) |
| | ) |
| vs. | ) Case No. 17-3051-CV-S-MDH |
| | ) |
| QUEEN CITY ROOFING & CONTRACTING CO., | ) |

    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

It is **THEREFORE ORDERED and ADJUDGED:**

Defendant's Motion to Dismiss or Stay, or in the Alternative, to Make More Definite Statement is hereby **DENIED**. (Doc. 12). (Order Doc. 61)

Court **GRANTS** QCR's Motion for Summary Judgment as to its MPWL claims and orders Count III of Plaintiff's Complaint be **DISMISSED** with prejudice.
Court hereby **DENIES** Motion for Summary Judgment on Counts I and II. The Court also **DENIES** QCR's Motion for Summary Judgment as to Plaintiff's straight time claims. Court **GRANTS** QCR's Motion for Summary Judgment to the extent that it limits Plaintiff's FLSA and MMWL claims to weeks for which he has already produced data that do not fall before February 15, 2015.
Furthermore, because Plaintiff's Motion for Rule 23 Class Certification with Suggestions in Support (Doc. 70) is premised on Count III of Plaintiff's Petition, which the Court has dismissed, the Court hereby **DENIES** as moot Plaintiff's Motion for Class Certification. The Court also **DENIES** as moot Plaintiff's Motion for Partial Summary Judgment on Liability under the Missouri Prevailing Wage Act. (Doc. 71). (Order Doc. 125)

**IT IS SO ORDERED**.

| | |
|---|---|
| April 30, 2019 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| Entered on: April 30, 2019 | s/Linda Howard |
| | (By) Deputy Clerk |